UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

SAVAGE, JAMES W.,
SAVAGE, LINDA L.,

    Debtors.
_____/

Case No. 08-30471
Chapter 7
Hon. Daniel S. Opperman

**WITHDRAWAL OF
OBJECTION TO MOTION FOR RELIEF FROM STAY**

Collene K. Corcoran, Chapter 7 Trustee, hereby withdraws her objection to the Motion for Relief from Automatic Stay filed by Option One Mortgage Corporation for the reason that she received a copy of the recorded mortgage, and it appears to be valid.

Respectfully submitted,

/s/ Collene K. Corcoran
Collene K. Corcoran
Chapter 7 Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
ccorcoran@epiqtrustee.com

Dated: March 18, 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

SAVAGE, JAMES W.,                   Case No. 08-30471
SAVAGE, LINDA L.,                   Chapter 7
                                                Hon. Daniel S. Opperman

      Debtors.
_____/

## PROOF OF SERVICE

      Collene K. Corcoran, hereby certifies that on March 18, 2008, she electronically filed the *Trustee's Withdrawal of Objection to Motion to for Relief from Stay* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
Marion.J.Mack@usdoj.gov

Mark E. Bredow
Bknotices-edm@postivolaw.com

William C. Babut
wbabut@babutlaw.com


                                          Respectfully submitted,

                                          /s/ Collene K. Corcoran
                                          Collene K. Corcoran
                                          Chapter 7 Trustee
                                          PO Box 535
                                          Oxford, MI 48371
                                          (248) 969-9300
                                          ccorcoran@epiqtrustee.com