# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| | |
|---|---|
| Case No: 08-30471 DSO Judge: DANIEL S. OPPERMAN | Trustee Name: Collene K. Corcoran, Trustee |
| Case Name: SAVAGE, JAMES W / SAVAGE, LINDA L | Date Filed (f) or Converted (c): 02/08/08 (f) |
| | 341(a) Meeting Date: 03/10/08 |
| For Period Ending: 05/09/08 | Claims Bar Date: NOT REQUIRED AT THIS TIME |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10836 CARTIER DRIVE, BRIGHTON, MI | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 1.3 ACRES VACANT LAND - ARGENTINE TWP., GENESEE CO | 27,000.00 | Unknown | | 0.00 | Unknown |
| 3. CASH ON DEBTOR'S PERSON | 150.00 | 0.00 | DA | 0.00 | FA |
| 4. CITIZENS BANK; CHECKING/SAVINGS | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. LIVING AND DINING ROOM, BEDROOM, KITCHEN FURNITURE | 900.00 | 0.00 | DA | 0.00 | FA |
| 6. CLOTHING OWNED BY DEBTORS | 900.00 | 0.00 | DA | 0.00 | FA |
| 7. JEWELRY (VARIOUS) AT DEBTOR'S RESIDENCE | 400.00 | 0.00 | DA | 0.00 | FA |
| 8. PARTIAL INTEREST IN 2007 INCOME TAX REFUND | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 CHEV. TRAILBLAZER AT DEBTOR(S) RESIDENCE | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 2006 CHEV. SILVERADO AT DEBTOR(S) RESIDENCE | 28,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2004 CARRIAGE 5 TH WHEEL CAMPER | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 1 DOG | 50.00 | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $382,700.00 | $0.00 | | $0.00 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING REAL ESTATE.

Initial Projected Date of Final Report (TFR): 05/01/10     Current Projected Date of Final Report (TFR): 05/01/10

/s/ Collene K. Corcoran, Trustee
_____ Date: 05/09/08
COLLENE K. CORCORAN, TRUSTEE